## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| CAROLYN BANDEAUX | § | |
| | § | |
| V. | § | NO. 1:08-CV-317 |
| | § | |
| ALLSTATE INSURANCE COMPANY | § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order filed on June 12, 2008. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant defendant's motion to dismiss plaintiff's extra-contractual claims. No objections have been filed.

The magistrate judge's report is hereby **ADOPTED**. It is further

**ORDERED** that "Allstate Insurance Company's Motion to Dismiss Extra-Contractual Claims with Incorporated Memorandum of Law" (Docket No. 5) is **GRANTED.**

**SIGNED** this the **10** day of **March, 2009.**

_____
Thad Heartfield
United States District Judge